IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATALIE MUNROE,**<br>    **Plaintiff**<br><br>        v.<br><br>**CENTRAL BUCKS SCHOOL**<br>**DISTRICT,** *et al.,*<br>    **Defendants** | :<br>:<br>:<br>:   **CIVIL ACTION NO. 12-03546**<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 25th day of July 2014, upon consideration of Defendants' Motion for Summary Judgment and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. Summary Judgment is **ENTERED** in favor of Defendants and against Plaintiff.  The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

                                                            BY THE COURT:

                                                            /s/ Cynthia M. Rufe
                                                            _____
                                                            **CYNTHIA M. RUFE, J.**